JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| EUGENE JACK BURKE, | ) | No. ED CV 14-00221-VBK |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED: August 6, 2014             /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE